

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00155-CV

**EX PARTE** Wiley **SMITH**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

Delivered and Filed: March 19, 2014

PETITION FOR WRIT OF HABEAS CORPUS DENIED AS MOOT

On March 6, 2014, this court received relator's pro se petition for writ of habeas corpus, complaining relator was illegally confined after being found in contempt of court for failure to pay previously ordered child support. However, on March 7, 2014, this court received a copy of the trial court's "Conditional Release Order" signed on March 6, 2014, ordering relator released from jail and setting the matter for further hearing. Accordingly, the petition for writ of habeas corpus is denied as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 1991-EM5-01082, styled *In the Interest of A.S.G., Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Nick Catoe Jr. presiding.